■ ANNA GOLDBERGER, Individually and as Executrix of ISIDOR GOLDBERGER, Plaintiff, v. CHARLES KANNEL CORP. et al., Defendants. HARELL HOLDING CORP., Appellant, and GLOBAL REALTY CORP., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See *ante*, p. 68.]

■ PENNSYLVANIA EXCHANGE BANK, Appellant, v. MAX LASKO, Doing Business as 125TH STREET FERRY AUTO SALES COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Frank, Valente and McNally, JJ. [See *ante*, p. 206.]

■ In the Matter of TROPHY HANDBAGS, INC., Respondent, against CRAFT INDUSTRIAL CASE CORP., Defendant, and JOSEPH J. ANDREWS, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ. [See 3 A D 2d 733, 833.]

■ SAMUEL W. MACLACHLAN, Appellant, v. NATIONAL EMPLOYEE RELATION INSTITUTE, INC., Respondent, et al., Defendant.— Motion for leave to appeal to the Court of Appeals dismissed, with $10 costs. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ. [See 3 A D 2d 697, 744.]

■ EDWARD C. M. KEMP et al., as Trustees under a Trust Made by MARGARET K. BUCHANAN, et al., Respondents, v. MARGARET R. J. PATERSON et al., Infants, by MILTON POLLACK, Their Guardian ad Litem, Appellants; MARGARET J. E. J. PATERSON, Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ. [See *ante*, p. 153.]

■ ANGELO NOBILE, Respondent, v. TRAVELERS INDEMNITY COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Rabin, Valente and McNally, JJ. [See 3 A D 2d 993.]

■ SYLVIA GLUCKSTERN, Respondent, v. PHILIP GLUCKSTERN, Appellant. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ. [See 3 A D 2d 999.]

■ In the Matter of the Accounting of MANUFACTURERS TRUST COMPANY, as Temporary Administrator and Executor of FRANK F. ARNOLD, Deceased, Respondent. ADA G. DOLAN, Appellant; NEW YORK TIMES COMPANY et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ. [See 3 A D 2d 998.]

■ LEON SALKIND et al., a Copartnership Doing Business under the Name of LEADING EMBROIDERY CO., Appellants, v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals or reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Rabin and Valente, JJ. [See 3 A D 2d 1008.]

■ In the Matter of the Arbitration between ANDREW J. LOCKREY, Doing Business as LOCKREY COMPANY, Respondent, and MOLY MOTORS PRODUCTS CORP., Appellant.— Motion for leave to appeal to the Court of Appeals or reargument denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin and McNally, JJ. [See 3 A D 2d 992.]

■ EDWARD C. M. KEMP et al., as Trustees under a Trust Made by MARGARET K. BUCHANAN, et al., Respondents, v. MARGARET R. J. PATERSON et al., Infants, by MILTON POLLACK, Their Guardian ad Litem, Appellants; MARGARET J. E. J. PATERSON, Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ. [See *ante*, p. 153.]